# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY J ONETO,<br><br>        Plaintiff,<br><br>    v.<br><br>MELVIN WATSON, et al.,<br><br>        Defendants. | Case No.22-cv-05206-AMO<br><br>**JUDGMENT** |

On October 10, 2025, the Court granted Defendants' motion for judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 10, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**